# United States Court of Appeals
## For the First Circuit

No. 02-1734

UNITED STATES OF AMERICA,

Appellee,

v.

NARCISO MONTERO-MONTERO,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on June 2, 2004 is amended as follows:

On page 7, line 6, replace "see Calderon, 127 F3d at 1339-40" with "see United States v. Calderon, 127 F.3d 1314, 1339-40 (11th Cir. 1997)"